FILED
CLERK, U.S. DISTRICT COURT

NOV - 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GREGORY YATES,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JOHN MARSHALL, Warden,<br><br>　　　　Respondent. | NO. ED CV 08-398-AHM(E)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this Petition is denied and dismissed with prejudice.

DATED: October 31, 2008.

　　　　　　　　　　　　　　A. HOWARD MATZ
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE